*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HITESMAN, GASTON, and KOVAC,
Appellate Military Judges

———————————

**UNITED STATES**
Appellee

**v.**

**Darren E. DINSMORE**
Corporal (E-4), U.S. Marine Corps
Appellant

**No. 201900122**

Decided: 29 August 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Lieutenant Colonel R. Barto Slabbekorne. Sentence adjudged 17 January 2019 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 12 months, and a bad-conduct discharge.

For Appellant: Commander Robert D. Evans Jr., JAGC, USN.

For Appellee: Brian K. Keller, Esq.

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are cor-

rect in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court